**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jimmie A. MCCORVEY, Defendant-Appellant.**

**No. 16-15132
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(July 31, 2017)

Alicia Forbes, Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, Peter G. Fisher, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff-Appellee

Before HULL, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Ronald W. Johnson, appointed counsel for Jimmie McCorvey in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McCorvey's conviction and sentence are **AFFIRMED**.